UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br>   Plaintiff,<br>  v.<br>CONTRA COSTA COUNTY, et al.,<br>   Defendants. | Case No. 17-cv-04942-MEJ<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br>Re: Dkt. No. 3 |

On August 29, 2017, Plaintiff Jane Doe filed an administrative motion to file under seal her Application to Proceed under a Pseudonym. Mot., Dkt. No. 3; *see id.*, Ex. 2 (Appl.). Plaintiff argues the Application "contains sensitive personal information pertaining to" her. Mot. at 2.

First, Plaintiff does not submit a declaration in support of her Motion to Seal. *See* Civ. L.R. 79-5(d)(1)(A) (requiring motion to file under seal to "be accompanied by . . . [a] declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable.").[1]

Second, Plaintiff's request is not narrowly tailored. *See* Civ. L.R. 79-5(b) ("The request must be narrowly tailored to seek sealing only of sealable material[.]"). Plaintiff seeks to seal the Application in its entirety. *See* Mot. A review of the Application shows this is unnecessary. The Court sees no reason to seal Plaintiff's summary of the allegations in the publicly-filed Complaint or her summary of the applicable case law. *See* Appl. at 2-3; *see also* Compl. ¶¶ 15-23, Dkt. No. 1. Absent a declaration showing why any of this information is sealable, the Court finds no basis

---

[1] Even assuming Plaintiff's unsupported Motion was sufficient, her argument that the Application "contains sensitive personal information" is conclusory. Plaintiff does not establish why the Application is entitled to protection under the law. *See* Civ. L.R. 79-5(b) ("A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law[.]").

to do so.

No later than September 7, 2017, Plaintiff may file a declaration in support of her Motion to Seal and propose narrowly tailored redactions to conform with Civil Local Rule 79-5. If she fails to do so, her motion will be denied. Plaintiff's declaration may not exceed five pages, excluding declarations and exhibits.

**IT IS SO ORDERED.**

Dated: September 1, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge