SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY and
SHERIFF DAVID LIVINGSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JASMINE ABUSLIN , | No. C17-04942 SI |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
| v. | |
| CONTRA COSTA COUNTY; RICARDO PEREZ sued herein in both their individual and official capacities; SHERIFF DAVID LIVINGSTON sued herein both his individual and official capacities; and Does 1-200, individually, jointly, and severally. | Crtrm: 1, 17th Floor<br>Judge: Hon. Susan Illston, Presiding<br>Date Action Filed:  August 24, 2017<br>Trial Date:   None Assigned |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jasmine Abuslin and Defendants Contra Costa County and Sheriff David Livingston, by and through their designated counsel, that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party to bear its costs and fees.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL  - Case No.  C17-04942 SI
1

DATE: October 19, 2017    LAW OFFICES OF JOHN L. BURRIS

By: ___/s/ *Ben Nisenbaum*___
    BEN NISENBAUM, ESQ.
    Attorneys for Plaintiff
    JASMINE ABUSLIN

DATE: October 19, 2017    SHARON L. ANDERSON
    COUNTY COUNSEL

By: ___/s/ *D. Cameron Baker*___
    D. CAMERON BAKER
    Deputy County Counsel
    Attorneys for Defendants
    CONTRA COSTA COUNTY and
    SHERIFF DAVID LIVINGSTON

IT IS HEREBY ORDERED:

The case is dismissed in its entirety, each party to bear their own fees and costs.

DATE: _____    _____
    HON. SUSAN ILLSTON
    United States District Court Judge