SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY and
SHERIFF DAVID LIVINGSTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE ABUSLIN , <br><br> Plaintiff, <br><br> v. <br><br> CONTRA COSTA COUNTY; RICARDO PEREZ sued herein in both their individual and official capacities; SHERIFF DAVID LIVINGSTON sued herein both his individual and official capacities; and Does 1-200, individually, jointly, and severally. <br><br> Defendants. | No. C17-04942 SI <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL <br><br><br> Crtrm: 1, 17th Floor <br> Judge: Hon. Susan Illston, Presiding <br> Date Action Filed: August 24, 2017 <br> Trial Date: None Assigned |

IT IS HEREBY STIPULATED by and between Plaintiff Jasmine Abuslin and Defendants Contra Costa County and Sheriff David Livingston, by and through their designated counsel, that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party to bear its costs and fees.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL  - Case No.  C17-04942 SI

1

| | |
|---|---|
| DATE: October 19, 2017 | LAW OFFICES OF JOHN L. BURRIS |
| | By: /s/ *Ben Nisenbaum* <br> BEN NISENBAUM, ESQ. <br> Attorneys for Plaintiff <br> JASMINE ABUSLIN |
| DATE: October 19, 2017 | SHARON L. ANDERSON <br> COUNTY COUNSEL |
| | By: /s/ *D. Cameron Baker* <br> D. CAMERON BAKER <br> Deputy County Counsel <br> Attorneys for Defendants <br> CONTRA COSTA COUNTY and <br> SHERIFF DAVID LIVINGSTON |

IT IS HEREBY ORDERED:

The case is dismissed in its entirety, each party to bear their own fees and costs.

DATE: 10/20/17

*[signed]* Susan Illston
HON. SUSAN ILLSTON
United States District Court Judge